EdiZONE, LC
Casey K. McGarvey (4882)
PO Box 54588
North Salt Lake, Utah  84054
Telephone:  (801) 936-1039

BERMAN & SAVAGE, P.C.
E. Scott Savage (2865)
Kyle C. Thompson (11242)
170 South Main Street, Suite 500
Salt Lake City, Utah  84101
Telephone:  (801) 328-2200

Attorneys for Plaintiff, EdiZONE, LC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LC, a Utah limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **PLAINTIFF'S NOTICE OF DISMISSAL** |
| | ) **WITHOUT PREJUDICE** |
| ADVANCED COMFORT TECHNOLOGY, INC., A Utah corporation, ROBERT K. RASMUSSEN, KAE RASMUSSEN, SHAWN CLARK, AND TOM HILDT, FISHER ENTERPRISES, INC. d b a FISHER HOME FURNISHING AND FISHERS CLEARANCE CENTER, JOHN DOE #1 (Owner of the Riverdale, Utah Intelli-Bed store), JOHN, DOE #2 (Owner of the Taylorsville, Utah Intelli-Bed Store), John Doe #3 (Owner of the Austin, Texas Intelli-Bed Store), John Does #4-#20 (any other Owners of Intelli-Bed stores other than ACTI) and John Does #21-#50 (any other retailers selling Intelli-Beds), | ) ) Civil No. 2:08-CV-00783 CW ) ) Judge Clark Waddoups ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, EdiZONE, LC, hereby notifies the Court and Defendants, by and through their counsel, that Plaintiff dismisses this action without prejudice. No Court order is necessary inasmuch as no Defendant has served upon Plaintiff either an answer to the complaint or a motion for summary judgment.

DATED this 11th day of December, 2009

                              EdiZONE, LC


                              /s/Casey K. McGarvey/
                              Casey K. McGarvey
                              Attorney for EdiZONE, LC

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2008, I caused a true and correct copy of the within and foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** to be served electronically upon the following:

Mark M. Bettilyon (4798)
Michael D. Mayfield (8237)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Defendants*

E. Scott Savage (2865)
Kyle C. Thompson (11242)
BERMAN & SAVAGE, P.C.
170 South Main Street. Suite 500
Salt Lake City, Utah  84101
*Attorneys for Plaintiff*

  /s/Casey K. McGarvey/